| | |
|---|---|
| 1 | Greg S. Martin (State Bar No. 294482) |
| | gmartin@jonesday.com |
| 2 | JONES DAY |
| | 12265 El Camino Real |
| 3 | Suite 200 |
| | San Diego, CA  92130.4096 |
| 4 | Telephone:  +1.858.314.1200 |
| | Facsimile:   +1.858.314.1150 |
| 5 | |
| 6 | Attorneys for Defendant |
| | EXPERIAN INFORMATION |
| 7 | SOLUTIONS, INC. |

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAKE RISMAN, | Case No. 3:16-cv-02185-DMS-JLB |
| Plaintiff | **NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.** |
| v. | |
| EXPERIAN INFORMATION SOLUTIONS, INC., | |
| Defendant | |

PLEASE TAKE NOTICE THAT Plaintiff Jake Risman ("Plaintiff") and Defendant Experian Information Solutions, Inc. ("Experian") have reached an agreement on all material terms required to settle all of Plaintiff's claims against Experian in this pending action.

The parties anticipate that the performance of the terms of the settlement agreement will be completed within sixty (60) days of the date this notice is filed with the Court, at which time the parties shall file a request for dismissal of the claims asserted against Experian.

///

///

///

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: September 28, 2016 | Respectfully submitted, |
| 3 | | JONES DAY |
| 4 | | |
| 5 | | By: /s/ *Greg S. Martin* <br> Greg S. Martin |
| 6 | | Attorneys for Defendant <br> EXPERIAN INFORMATION <br> SOLUTIONS, INC. |
| 7 | | |
| 8 | | |
| 9 | Dated: September 28, 2016 | Respectfully submitted, |
| 10 | | LAW OFFICES OF TODD M. <br> FRIEDMAN, P.C. |
| 11 | | |
| 12 | | |
| 13 | | By: /s/ *Todd M. Friedman* <br> Todd M. Friedman |
| 14 | | Attorneys for Plaintiff <br> JAKE RISMAN |
| 15 | | |

## **SIGNATURE CERTIFICATION**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Todd M. Friedman, counsel for Plaintiff, and that I have obtained his authorization to affix his electronic signature to this document.

Dated:      September 28, 2016          Respectfully submitted,

Jones Day

By: */s/ Greg S. Martin*
    Greg S. Martin

Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

Email: gmartin@jonesday.com

**CERTIFICATE OF SERVICE**

I, Greg S. Martin, declare:

I am a citizen of the United States and employed in San Diego, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 12265 El Camino Real, Suite 300, San Diego, California 92130. On September 16, 2016, I served a copy of:

**NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.**

by electronic transmission.

I am familiar with the Southern District's practice for collecting and processing electronic filings. Under that practice, documents are electronically filed with the court. The court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document. Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on September 28, 2016, at San Diego, California.

   */s/ Greg S. Martin*
   Greg S. Martin
   gmartin@jonesday.com